**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Pedro Luis Santiago Melendez <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-14589 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

     Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
04 Nov 2020, 16:49:23, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322