| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-14589-PMM**

PEDRO LUIS SANTIAGO MELENDEZ
1416 CHURCH ST.
READING  PA   19601

Petition Filed Date: 07/06/2017
341 Hearing Date: 09/19/2017
Confirmation Date: 02/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $300.00 | 26215249217 | 02/12/2020 | $300.00 | 26177240610 | 03/13/2020 | $300.00 | 26177219223 |
| 04/13/2020 | $300.00 | 26177266980 | 05/13/2020 | $300.00 | 26623410085 | 06/12/2020 | $300.00 | 26623417004 |
| 07/13/2020 | $300.00 | 26623435026 | 08/11/2020 | $300.00 | 26866896423 | 09/21/2020 | $300.00 | 26866875655 |
| 10/13/2020 | $300.00 | 26867724862 | 11/17/2020 | $300.00 | 26867741771 | 12/17/2020 | $300.00 | 27046825830 |
| 01/14/2021 | $300.00 | 27046843852 | 02/17/2021 | $300.00 | 27046865777 | 03/16/2021 | $300.00 | 27046881707 |
| 04/16/2021 | $300.00 | 27046886376 | 05/11/2021 | $300.00 | 27263663728 | | | |

**Total Receipts for the Period: $5,100.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP  »» 001 | Unsecured Creditors | $266.36 | $0.00 | $266.36 |
| 3 | FREEDOM MORTGAGE CORP.  »» 003 | Mortgage Arrears | $19,592.89 | $5,093.35 | $14,499.54 |
| 4 | FIRST COMMONWEALTH FCU  »» 004 | Unsecured Creditors | $7,934.64 | $0.00 | $7,934.64 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES  »» 002 | Unsecured Creditors | $5,952.32 | $0.00 | $5,952.32 |
| 5 | MENDELSOHN & MENDELSOHN PC  »» 005 | Attorney Fees | $2,850.00 | $2,850.00 | $0.00 |
| 6 | MENDELSOHN & MENDELSOHN PC  »» 006 | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 17-14589-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,050.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $9,193.35 | Arrearages: | $300.00 |
| Paid to Trustee: | $856.65 | Total Plan Base: | $26,256.61 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.