**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>PEDRO LUIS SANTIAGO MELENDEZ<br>         Debtor | Case No. 17-14589-pmm |
| Freedom Mortgage Corporation,<br><br>         Movant | Chapter 13 |
| vs.<br>PEDRO LUIS SANTIAGO MELENDEZ<br>         Respondents | 11 U.S.C. §362 |

**ORDER**

   **AND NOW**, this  25th   day of   January, 2022    , 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_Patricia M. Mayer_

Honorable Patricia M. Mayer
United States Bankruptcy Judge