**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Pedro Luis Santiago | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 17-14589-pmm |

## CERTIFICATE OF NO RESPONSE

    I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Pedro Luis Santiago, Chapter 7 Debtor, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 7 Trustee or the United States Trustee for the Motion to Modify Plan and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

                                            Respectfully submitted,

                                            /s/ Brenna H. Mendelsohn
                                            Brenna H. Mendelsohn, Esquire
                                            Mendelsohn & Mendelsohn, P.C.
                                            637 Walnut Street
                                            Reading, PA 19601

Dated: 2/1/2022