# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Pedro Luis Santiago Melendez, | : | Chapter 13 |
| | : | |
| | : | Case No. 17-14589 (PMM) |
| | : | |
| **Debtor.** | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 86, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 99) is **approved**.

*Patricia M. Mayer*

Date: 2/3/22

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**