| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 17-14589-PMM

PEDRO LUIS SANTIAGO MELENDEZ
1416 CHURCH ST.
READING  PA   19601

Petition Filed Date: 07/06/2017
341 Hearing Date: 09/19/2017
Confirmation Date: 02/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $300.00 | 27046886376 | 05/11/2021 | $300.00 | 27263663728 | 06/29/2021 | $300.00 | 47051291544 |
| 07/27/2021 | $300.00 | 27263691527 | 09/08/2021 | $300.00 | 27500982208 | 09/08/2021 | $300.00 | 27500982197 |
| 11/09/2021 | $300.00 | 27647187748 | 11/16/2021 | $300.00 | 27647195477 | 12/14/2021 | $300.00 | 27816952241 |
| 01/11/2022 | $300.00 | 27816968496 | 02/15/2022 | $300.00 | 27898113341 | 03/11/2022 | $300.00 | 27898124163 |
| 04/11/2022 | $300.00 | 27898108896 | 05/10/2022 | $300.00 | 28202691273 | 06/14/2022 | $300.00 | 28067938828 |
| 07/13/2022 | $300.00 | 28067947446 | | | | | | |

**Total Receipts for the Period: $4,800.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP <br> »» 001 | Unsecured Creditors | $266.36 | $0.00 | $266.36 |
| 3 | FREEDOM MORTGAGE CORP. <br> »» 003 | Mortgage Arrears | $19,592.89 | $7,468.49 | $12,124.40 |
| 4 | FIRST COMMONWEALTH FCU <br> »» 004 | Unsecured Creditors | $7,934.64 | $0.00 | $7,934.64 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 002 | Unsecured Creditors | $5,952.32 | $0.00 | $5,952.32 |
| 5 | MENDELSOHN & MENDELSOHN PC <br> »» 005 | Attorney Fees | $2,850.00 | $2,850.00 | $0.00 |
| 6 | MENDELSOHN & MENDELSOHN PC <br> »» 006 | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 5 | FREEDOM MORTGAGE CORP. <br> »» 03P | Secured Creditors | $1,811.80 | $174.86 | $1,636.94 |

**Chapter 13 Case No. 17-14589-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,250.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $13,033.35 | Arrearages: | $300.00 |
| Paid to Trustee: | $1,216.65 | Total Plan Base: | $30,207.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.