Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 17-14589-PMM**

PEDRO LUIS SANTIAGO MELENDEZ  
1416 CHURCH ST.  
READING  PA    19601

Petition Filed Date: 07/06/2017  
341 Hearing Date: 09/19/2017  
Confirmation Date: 02/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/07/2022 | $300.00 | 28278248365 | 09/07/2022 | $300.00 | 28278248354 | 10/12/2022 | $300.00 | 28407418637 |
| 11/09/2022 | $300.00 | 28421357848 | 12/14/2022 | $300.00 | 28421360875 | 01/11/2023 | $300.00 | 28421358873 |
| 02/14/2023 | $300.00 | 28496815740 | 03/14/2023 | $300.00 | 28544414624 | 04/12/2023 | $300.00 | 22011666702 |
| 05/12/2023 | $300.00 | 28680600014 | 06/15/2023 | $300.00 | 28680609690 | 07/11/2023 | $300.00 | 28680624606 |

**Total Receipts for the Period: $3,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | T-MOBILE USA INC<br>»» 001 | Unsecured Creditors | $266.36 | $0.00 | $266.36 |
| 3 | FREEDOM MORTGAGE CORP.<br>»» 003 | Mortgage Arrears | $19,592.89 | $10,375.97 | $9,216.92 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Unsecured Creditors | $7,934.64 | $0.00 | $7,934.64 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $5,952.32 | $0.00 | $5,952.32 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 005 | Attorney Fees | $2,850.00 | $2,850.00 | $0.00 |
| 6 | MENDELSOHN & MENDELSOHN PC<br>»» 006 | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 5 | FREEDOM MORTGAGE CORP.<br>»» 03P | Secured Creditors | $1,811.80 | $567.38 | $1,244.42 |

**Chapter 13 Case No. 17-14589-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,850.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $16,333.35 | Arrearages: | $300.00 |
| Paid to Trustee: | $1,516.65 | Total Plan Base: | $30,207.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.