United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14589-pmm |
| Pedro Luis Santiago Melendez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pedro Luis Santiago Melendez, 1416 Church St., Reading, PA 19601-1232 |
| 13950993 | + | Caliber Home Loans, 6031 Connection Drive, Ste 2, Irving, YX 75039-2604 |
| 13972497 | + | Caliber Loan Servicing, PO Box 270415, Oklahoma, OK 73137-0415 |
| 14025042 | + | FIRST COMMONWEALTH FCU, PO BOX 20450, LEHIGH VALLEY, PA 18002-0450 |
| 14559025 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13950995 | + | First Commonwealth Federal Credit Union, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14629111 | + | Freedom Mortgage Corporation, c/o Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130 Mount Laurel, NJ 08054-1218 |
| 14035672 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 17 2024 00:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 17 2024 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2024 01:40:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 13951172 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 17 2024 00:21:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 14019206 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 17 2024 00:21:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 13950996 | + | Email/Text: bknotice@ercbpo.com | May 17 2024 00:12:00 | Enhance Recovery Collections, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14518085 | | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2024 00:12:00 | FREEDOM MORTGAGE CORPORATION, P.O. BOX 50485, INDIANAPOLIS, IN 46250-0485 |
| 14629112 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2024 00:12:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 13951173 | + | Email/PDF: cbp@omf.com | May 17 2024 00:13:23 | One Mail, PO Box 499, Hanover, MD 21076-0499 |
| 13950994 | + | Email/PDF: cbp@omf.com | May 17 2024 00:13:09 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 13986655 | | Email/PDF: cbp@omf.com | May 17 2024 00:24:04 | OneMain, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 14177021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2024 00:24:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13950997 | + | Email/Text: Supportservices@receivablesperformance.com | May 17 2024 00:20:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| 13951333 | + | Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|---|
| | | | May 17 2024 00:13:06 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14034861 | *+ | First Commonwealth FCU, PO BOX 20450, Lehigh Valley, PA 18002-0450 |
| 14353286 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14649952 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Pedro Luis Santiago Melendez tobykmendelsohn@comcast.net |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Caliber Home Loans Inc ecfmail@mwc-law.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com mmorris@pincuslaw.com |
| KEVIN M. BUTTERY | on behalf of Creditor Caliber Home Loans Inc cdigianantonio@rascrane.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: May 16, 2024     Form ID: pdf900     Total Noticed: 22
TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| PEDRO LUIS SANTIAGO MELENDEZ | Bankruptcy No. 17-14589-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 16, 2024**

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE